# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER HINES, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00413-JLT<br><br>ORDER FOLLOWING INFORMAL TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE<br><br>(ECF No. 24) |

On October 4, 2017, the Court conducted an informal telephonic conference regarding a discovery dispute. Counsel Neil Gehlawat and Thomas Seabaugh appeared for Plaintiffs and counsel Michael Marderosian and Heather Cohen appeared for Defendants. The parties' dispute centers around the depositions of the parties in this action.

Based on the discussion during the informal conference, IT IS HEREBY ORDERED that:

1. Plaintiffs Timothy Grismore and Xavier Hines shall appear for deposition on Monday, November 27, 2017 at 9:00 a.m. at Wood & Randall Certified Shorthand Reporters, 900 Truxtun Avenue, Suite 320, Bakersfield, California 93301, phone number (800)322-4595; and

2. Defendants shall appear for deposition from November 28 through 30, 2017, at Chain, Cohn, Stiles, 1731 Chester Avenue, Bakersfield, California 93301, phone

1

no. (661) 323-4000, on the date and time to be designated by Plaintiffs.

IT IS SO ORDERED.

Dated: **October 4, 2017**

_____
UNITED STATES MAGISTRATE JUDGE