Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER DANNI MELENDEZ, OFFICER SANTOS LUEVANO, OFFICER NATHAN POTEETE, OFFICER RYAN CLARK, OFFICER FRANK McINTYRE, OFFICER LORENA VAZQUEZ, OFFICER NESTOR BARAJAS and SERGEANT DANIEL McAFEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, an individual; XAVIER HINES, an individual, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF BAKERSFIELD, a municipality; OFFICER MELENDEZ, an individual; OFFICER LUEVANO, an individual; OFFICER POTEETE, an individual; OFFICER CLARK, an individual; OFFICER McINTYRE, an individual; OFFICER VAZQUEZ, an individual; OFFICER BARAJAS, an individual; OFFICER McAFEE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:17-CV-00413-JLT <br><br> **STIPULATION CONTINUING COURT ORDERED DEPOSITIONS AND [PROPOSED] ORDER THEREON** <br> (Doc. 29) |

1

## RECITALS

**WHEREAS,** following an informal telephonic conference regarding a discovery dispute among the parties, the Court issued an Order Following Informal Telephonic Conference Re Discovery Dispute [Dkt. No. 26] setting the depositions of Plaintiffs for November 27, 2017, and the depositions of Defendants on November 28 through 30, 2017. The depositions were then noticed by the parties accordingly.

**WHEREAS**, a discovery dispute has arisen in the case of *Varese Sarabande Records LLC v. Twelve Sixty LLC*, U.S. District Court, Central District of California, Case No. 2:17-CV-02801, wherein Defense Counsel is counsel of record for the Defendant/Counter-Claimant and wherein Judge Gail Standish has ordered that eight depositions be taken prior to November 30, 2017. Discovery cut off in the *Varese* case is December 22, 2017. The trial of the *Varese* case is scheduled to begin on April 3, 2018. With the holidays approaching and the calendars of all Counsel and Clients, November 27-30, 2017, are needed to comply with Judge Standish's order.

**WHEREAS**, the trial of this matter is set for January 14, 2019, and the non-expert discovery cutoff date is not until May 29, 2018. As such, Defense Counsel, Michael Marderosian, emailed Plaintiffs' counsel to inquire if they were willing to move the depositions in this matter and Plaintiffs' counsel has indicated they would be agreeable to move the depositions to February 5, 2018, February 6, 2018, February 7, 2018, and February 8, 2018, provided the Court approves the change in schedule.

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective attorneys of record, that the depositions of the Plaintiffs and the eight individual Defendants be continued from November 27-30, 2017, to the week of February 5, 2018.

Dated: November 14, 2017.    MARDEROSIAN & COHEN

    */s/ Michael G. Marderosian*
By:_____
    Michael G. Marderosian
    Attorney for Defendants above-named.

Dated: November 14, 2017.    CHAIN COHN STILES

    */s/ Neil K. Gehlawat*
By:_____
    Neil K. Gehlawat,
    Attorney for Plaintiffs

Dated: November 14, 2017.　　　　　　　LAW OFFICE OF THOMAS C. SEABAUGH

　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas C. Seabaugh*
　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Thomas C. Seabaugh,
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

**ORDER**

　　　IT IS SO ORDERED that the Court ordered depositions of the Plaintiffs and the eight individual Defendants may be continued to the week of February 5, 2018.

IT IS SO ORDERED.

　　Dated:　**November 14, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE