# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:17-CV-00413- JLT <br><br> ORDER RE: MID-DISCOVERY STATUS CONFERENCE; ORDER RE: IN CAMERA REVIEW |

The Court has reviewed the joint mid-discovery status conference report (Doc. 31). Based thereon, the Court **ORDERS**:

1. The mid-discovery status conference is VACATED;

2. The defendants SHALL produce[1] to the Court the records in dispute (Doc. 31 at 2) for in camera review by February 19, 2018. Along with the records, the defendants SHALL provide the discovery request and their objections thereto.

    a. No later than February 19, 2018, the parties may file statements explaining their positions relative to the documents at issue. The filing for each party may not exceed five pages;

    b. The Court will conduct the in camera review and will issue an order thereafter. Any objections to the Court's order SHALL be filed within five days.

---

[1] The documents may be produced electronically via email to JLTOrders@caed.uscourts.gov or in paper to the Clerk of the Court at the United States Courthouse located at 510 19th Street, Suite 200.

1

3. To the extent the parties cannot resolve discovery disputes, they SHALL timely seek an informal conference with the Court (*See* Doc. 22 at 3);

4. The parties are reminded of their obligation to complete their discovery efforts within the deadline currently set.

IT IS SO ORDERED.

    Dated: __**February 13, 2018**__            __**/s/ Jennifer L. Thurston**__
                                                                  UNITED STATES MAGISTRATE JUDGE