# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:17-CV-00413- JLT <br><br> ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE <br> (Doc. 35) |

At the informal telephone conference regarding the current discovery dispute, counsel came to agreement related to how the matter would proceed. Thus, Court **ORDERS**:

1. The deposition of Ms. Perez may go forward. It will be limited to questions related to the records sought on the subpoena to the deponent which include Mr. Grismore's scholastic records, enrollment records, attendance records, course records, credit records and grades. There will be no questions related to Mr. Grismore's counseling records or health information held by Bakersfield College or known to Ms. Perez;

2. As to records from Crenshaw High School and California State University, Bakersfield, the parties will proceed in the following way:

    a. No later than March 6, 2018, counsel for the plaintiff (or a joint letter from all counsel, if all counsel prefer) SHALL email or fax a letter to the deposition officer instructing that school records, scholastic records, attendance records and physical education records be produced

1

according to the subpoena.  Any other records, including for example, counseling, health and discipline records (which includes any campus police records), SHALL be produced to counsel for the plaintiff and to the Court for in camera review.  The Court will determine whether the campus police records anticipated to be produced by CSUB will be provided to the defense without further conference.  If there are other records that the Court feels may need to be produced, it will set a further conference with counsel before deciding the issue.

IT IS SO ORDERED.

Dated: __**March 2, 2018**__ /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE