# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:17-CV-00413- JLT <br><br> ORDER AFTER TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE <br> (Doc. 40) |

The Court conducted a telephonic conference regarding a discovery dispute with counsel. (Doc. 40) Little was resolved except that the plaintiffs agreed to withdraw categories 42 and 43 from their deposition notice directed to the entity. However, counsel agreed to meet and confer further about the records available from the "Blue Team" software program. Therefore, the Court **ORDERS**:

1. Counsel **SHALL** meet and confer further related to the records that *can* be generated from the Blue Team software program. After this, the Court is agreeable to discussing the matter further, if it will be productive. Otherwise, the plaintiffs may file their motion to compel after the meet and confer efforts have been exhausted;

2. The plaintiffs are encouraged to narrow their discovery requests to obtain only the information that the facts of this case would allow. The defendants are encouraged to produce

1

information (and deponents) on non-objectionable topics to the extent that the topics can be narrowed.[1]

IT IS SO ORDERED.

Dated: **March 29, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] As noted at the conference, the defendants are encouraged to narrow the requests themselves if this would yield production of information. If they do so, they may note their continued objection to the requests and note that they are construing the requests more narrowly such to allow production. Production under these circumstances will not constitute a waiver of objections to the original requests.