Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER DANNI MELENDEZ, OFFICER SANTOS LUEVANO, OFFICER NATHAN POTEETE, OFFICER RYAN CLARK, OFFICER FRANK McINTYRE, OFFICER LORENA VAZQUEZ, OFFICER NESTOR BARAJAS and SERGEANT DANIEL McAFEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, an individual; XAVIER HINES, an individual, <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY OF BAKERSFIELD, a municipality; OFFICER MELENDEZ, an individual; OFFICER LUEVANO, an individual; OFFICER POTEETE, an individual; OFFICER CLARK, an individual; OFFICER McINTYRE, an individual; OFFICER VAZQUEZ, an individual; OFFICER BARAJAS, an individual; OFFICER McAFEE, an individual; and DOES 1-10, inclusive, <br><br>  Defendants. | Case No. 1:17-CV-00413-JLT <br><br> **STIPULATION DISMISSING DEFENDANTS OFFICER FRANK McINTYRE, OFFICER LORENA VAZQUEZ AND OFFICER NESTOR BARAJAS WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON (Doc. 43)** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that all claims against Defendants Officer Frank McIntyre, Officer Lorena Vazquez, and Officer Nestor Barajas be dismissed in their entirety, with prejudice.

Each party is to bear its own attorneys' fees and costs.

Dated: April 12, 2018               THE LAW OFFICE OF THOMAS C. SEABAUGH

                                    */s/ Thomas C. Seabaugh*
                                By:_____
                                    Thomas C. Seabaugh,
                                    Attorneys for Plaintiff

Dated: April 12, 2018               CHAIN COHN STILES

                                    */s/ Neil Gehlawat*
                                By:_____
                                    Neil Gehlawat,
                                    Attorneys for Plaintiff

Dated: Dated: April 12, 2018        MARDEROSIAN & COHEN

                                    */s/ Michael G. Marderosian*
                                By:_____
                                    Michael G. Marderosian,
                                    Attorneys for Defendants
                                    above-named.

IT IS SO ORDERED.

   Dated:  **April 12, 2018**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE