1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   TIMOTHY GRISMORE, et al.,                    Case No.: 1:17-CV-00413- JLT

12              Plaintiffs,
                                                  ORDER AFTER TELEPHONIC CONFERENCE
13        v.                                      RE: DISCOVERY DISPUTE
                                                  (Doc. 40)
14   CITY OF BAKERSFIELD, et al.,

15              Defendants.

16

17        The Court conducted a telephonic conference regarding a discovery dispute with counsel.

18   (Doc. 52) At the conference, counsel agreed and therefore, the Court **ORDERS**:

19        1.     The defendants **SHALL** produce responses to "categories one and two" **no later than**

20   **June 15, 2018**;

21        2.     Category 3 is narrowed to seek "Blue Team use of force reports for the calendar years

22   2015 and 2016 involving an officer who was a member of the Special Enforcement Unit at the time

23   and where the charge was 'Resisting arrest' and no other charge" and <u>during which the uses of force</u>

24   <u>included physical force (with no use of a weapon), use of a baton or display of a taser (if this latter</u>

25   <u>data point can be obtained) and in instances when the nature of the call was a "subject stop."</u>

26        Thus, **no later than June 28, 2018**, the defendants **SHALL** produce either the documents

27   responsive to categories 3 and 4 or a letter to the Court and counsel detailing the number of reports at

28   issue and how long it will take to produce the documents.  Any General Offense report when

produced, may be redacted to obliterate the names of officers not involved in this case and the names of the "involved persons." After review, if appropriate, the plaintiffs may seek to require production of the names of the "involved persons;"

   3.     Category 5 is narrowed to seek "all Blue Team reports reflecting a use of force by [defendants Luevano and Melendez and the corresponding General Offense report" <u>in which the use of force included physical force (with no use of a weapon) or a baton and where the nature of the call is a "subject stop." The date range is 2014 through the time of the incident involved in this litigation;</u>

   **<u>No later than June 28, 2018</u>**, the defendants **SHALL** produce either the documents responsive to category 5 or a letter to the Court and counsel detailing when the documents will be produced. Any General Offense report may be redacted to obliterate the names of officers not involved in this case and the names of the "involved persons." After review, if appropriate, the plaintiffs may seek to require production of the names of the "involved persons;"

   4.     **<u>No later than June 28, 2018</u>**, the defendants **SHALL** produce to the Court for in camera review the documents responsive to the narrowed "category 5" <u>but only</u> related to incidents involving tasers;

   5.     Plaintiff's may seek to extend the discovery period if, after review of the documents produced, there is a specific and articulable basis to do so and related solely to the documents produced.


IT IS SO ORDERED.

   Dated:   **June 15, 2018**                          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE