# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE et al., | Case No.: 1:17-CV-00413- JLT |
| Plaintiffs, | ORDER AFTER IN CAMERA REVIEW (CRENSHAW HIGH SCHOOL RECORDS) |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

The Court has conducted the in camera review of records produced by Crenshaw High School (Doc. 37). Based upon this review, the Court **ORDERS**:

1. The Court finds no pertinent records and, consequently, no records need to be produced.

IT IS SO ORDERED.

Dated: **July 3, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE