# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TIMOTHY GRISMORE et al.,

        Plaintiffs,

    v.

CITY OF BAKERSFIELD, et al.,

        Defendants.

Case No.: 1:17-CV-00413- JLT

ORDER AFTER IN CAMERA REVIEW (BLUE TEAM REPORTS)

The Court has conducted the in camera review of records produced by the Bakersfield Police Department (Doc. 54). The review concerned, all Blue Team reports, from 2014 through the date of the incident, reflecting a use of force by defendants Luevano and Melendez and the corresponding General Offense report in which the use of force included related to incidents involving tasers. Id. at 2. Based upon this review, the Court **ORDERS**:

    1. Within five court days, the defendants SHALL produce the redacted General Offense reports number 2015-57211, 2016-37613 and 2016-264930 and the associated Blue Team reports. In ordering this production, the Court makes no comment as to the ultimate admissibility of these documents.

IT IS SO ORDERED.

Dated:   __July 12, 2018__           __/s/ Jennifer L. Thurston__
                                   UNITED STATES MAGISTRATE JUDGE