Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER DANNI MELENDEZ, OFFICER SANTOS LUEVANO, OFFICER NATHAN POTEETE, OFFICER RYAN CLARK, OFFICER FRANK McINTYRE, OFFICER LORENA VAZQUEZ, OFFICER NESTOR BARAJAS and SERGEANT DANIEL McAFEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, an individual; XAVIER HINES, an individual, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF BAKERSFIELD, a municipality; OFFICER MELENDEZ, an individual; OFFICER LUEVANO, an individual; OFFICER POTEETE, an individual; OFFICER CLARK, an individual; OFFICER McINTYRE, an individual; OFFICER VAZQUEZ, an individual; OFFICER BARAJAS, an individual; OFFICER McAFEE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:17-CV-00413-AWI-JLT <br><br> **STIPULATION EXTENDING EXPERT DISCOVERY CUTOFF; [PROPOSED] ORDER THEREON** |

1

# RECITALS

**WHEREAS,** pursuant to the stipulation of the parties and the Court's April 13, 2018 Order [Dkt. No. 45] thereon, the expert discovery cutoff in this matter is August 17, 2018.

**WHEREAS**, the Parties require additional time to complete the depositions of the expert witnesses in this matter and request that the August 17, 2018, cutoff be extended to September 28, 2018, for the following reasons:

1. Defendants' counsel is currently in the process of working with expert witnesses to complete expert witness reports by the August 17, 2018, deadline to disclose in the case of *Twelve Sixty LLC, et al. v. Extreme Music Library Limited, et al.*, United States District Court, Southern District of New York, Case No. 1:17-CV-01479-PAC. The *Twelve Sixty LLC* case is complex and involves the review and analysis of well over 500,000 documents and media files. Defendants' counsel is therefore unavailable for depositions until after the August 17, 2018, cutoff in this matter.

2. Plaintiffs' counsel will be out of the area the week of August 27, 2018, and is therefore unavailable to complete depositions until September 2018.

3. Defendants' counsel is in the process of preparing for trial in the case of *The Estate of Jason Alderman, et al. v. City of Bakersfield, et al.*, United States District Court, Eastern District of California, Case No. 1:16-CV-00994-DAD-JLT, which is scheduled to begin trial on September 11, 2018, and will therefore be unavailable for depositions in this matter until late September 2018.

**WHEREAS**, the Parties have met and conferred regarding the expert depositions in this matter and have agreed to take the depositions on September 24, 2018.

**WHEREAS**, nothing in this Stipulation shall affect the trial date of January 14, 2019.

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective attorneys of record, that the expert discovery cutoff, currently set for August 17, 2018, be extended to September 28, 2018.

Dated: August 13, 2018.                                              MARDEROSIAN & COHEN

                                                                      */s/ Michael G. Marderosian*
                                                              By:_____
                                                                      Michael G. Marderosian
                                                                      Attorney for Defendants above-named.

Dated: August 13, 2018.　　　　　　　　　　ALDERLAW PC

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Neil Gehlawat*
　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Neil Gehlawat,
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: August 13, 2018.　　　　　　　　　　THE LAW OFFICE OF
　　　　　　　　　　　　　　　　　　　　　　THOMAS C. SEABAUGH

　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas C. Seabaugh*
　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Thomas C. Seabaugh,
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

**ORDER**

　　Pursuant to the Stipulation of the Parties and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the expert discovery cutoff date of August 17, 2018, be extended to September 28, 2018.

IT IS SO ORDERED.

　　Dated:　**August 13, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE