Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:  Defendants CITY OF BAKERSFIELD, OFFICER DANNI MELENDEZ, OFFICER SANTOS LUEVANO, OFFICER NATHAN POTEETE, OFFICER RYAN CLARK, and SERGEANT DANIEL McAFEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, an individual; XAVIER HINES, an individual, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF BAKERSFIELD, a municipality; OFFICER MELENDEZ, an individual; OFFICER LUEVANO, an individual; OFFICER POTEETE, an individual; OFFICER CLARK, an individual; OFFICER McAFEE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:17-CV-00413-JLT <br><br> **STIPULATION DISMISSING CERTAIN CLAIMS WITH PREJUDICE; [PROPOSED] ORDER THEREON** <br> **(Doc. 59)** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that the following all claims be dismissed in their entirety, with prejudice:

1

## **STIPULATION**

The parties have met and conferred multiple times regarding their respective contemplated dispositive motions in this matter. They have arrived at the following stipulation and proposed order, with which they propose to compromise with respect to a number of issues raised. Specifically, the parties stipulate that (and request that the Court enter an order confirming that):

1. Plaintiffs agree to dismiss all claims alleged against Defendant Sergeant Daniel McAfee with prejudice;

2. Plaintiffs agree to dismiss their third cause of action for violation of the Fourteenth Amendment Substantive Due Process claim against all Defendants with prejudice;

3. Plaintiffs agree to dismiss their fourth cause of action for violation Fourteenth Amendment Equal Protection against Defendants Officer Nathan Poteete and Officer Ryan Clark with prejudice;

4. Plaintiffs agree to dismiss their fifth cause of action for violation of the First Amendment Retaliation against Defendants Officer Ryan Clark and Officer Nathan Poteete with prejudice;

5. Plaintiffs agree to dismiss their seventh, eighth, and ninth causes of action for Municipal Liability with prejudice; and

6. Plaintiffs agree to dismiss their tenth cause of action for violation of the Ralph Act against Defendant Officer Ryan Clark and Nathan Poteete with prejudice;

7. Plaintiffs agree to dismiss their twelfth cause of action for Battery against Defendant Officer Ryan Clark and Nathan Poteete with prejudice;

8. In return, Defendants agree to forego filing a pre-trial dispositive motion;

9. There is good cause to approve this stipulation because it will streamline the issues to be tried and reduce the time and expense associated with dispositive motions.

10. The parties jointly request that the Court enter an order consistent with this stipulation.

Dated: September 13, 2018            THE LAW OFFICE OF THOMAS C. SEABAUGH

                                     */s/ Thomas C. Seabaugh*
                                     By:_____
                                         Thomas C. Seabaugh,
                                         Attorneys for Plaintiff

Dated: September 13, 2018            ALDERLAW PC

*/s/ Neil Gehlawat*

By:_____
    Neil Gehlawat,
    Attorneys for Plaintiff

Dated: Dated: September 13, 2018    MARDEROSIAN & COHEN

*/s/ Michael G. Marderosian*

By:_____
    Michael G. Marderosian,
    Attorneys for Defendants
    above-named.

## ~~PROPOSED~~ ORDER

    The parties have stipulated to dismiss certain issues in lieu of dispositive motions as a means of compromise. Good cause appearing, the Court adopts the parties' stipulation and **ORDERS**:

    1.    The following claims for relief in the Plaintiffs' Complaint are **DISMISSED WITH PREJUDICE** with each side to bear its own fees and costs as to those claims:

(1) all claims alleged against Defendant Sergeant Daniel McAfee;

(2) Plaintiffs' third cause of action for violation of the Fourteenth Amendment Substantive Due Process claim against all Defendants;

(3) Plaintiffs' fourth cause of action for violation Fourteenth Amendment Equal Protection against Defendants Officer Nathan Poteete and Officer Ryan Clark;

(4) Plaintiffs' fifth cause of action for violation of the First Amendment Retaliation against Defendants Officer Ryan Clark and Officer Nathan Poteete;

(5) Plaintiffs' seventh, eighth, and ninth causes of action for Municipal Liability;

(6) Plaintiffs tenth cause of action for violation of the Ralph Act against Defendant Officer Ryan Clark and Nathan Poteete; and

(7) Plaintiffs' twelfth cause of action for Battery against Defendant Officer Ryan Clark and Nathan Poteete;

2. Defendants will forego filing a pre-trial dispositive motion as to the remaining causes of action.

IT IS SO ORDERED.

Dated: __**September 13, 2018**__   __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE