Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:        Defendants CITY OF BAKERSFIELD, OFFICER DANNI MELENDEZ,
                      OFFICER SANTOS LUEVANO, OFFICER NATHAN POTEETE, OFFICER
                      RYAN CLARK, and SERGEANT DANIEL McAFEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, an individual; XAVIER HINES, an individual, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF BAKERSFIELD, a municipality; OFFICER MELENDEZ, an individual; OFFICER LUEVANO, an individual; OFFICER POTEETE, an individual; OFFICER CLARK, an individual; OFFICER McAFEE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:17-CV-00413-JLT <br><br> **STIPULATION VACATING SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON** <br> (Doc. 61) |

///

///

1

## RECITALS

**WHEREAS**, the Settlement Conference in the above-captioned matter is scheduled for November 15, 2018, at 10 a.m. before The Honorable Sheila K. Oberto;

**WHEREAS**, Plaintiffs' counsel, Neil Gehlawat, is unavailable for the Settlement Conference on November 15, 2018;

**WHEREAS**, the Parties have already engaged in settlement discussions amongst themselves and it does not appear that a Settlement Conference would be beneficial;

**WHEREAS**, the Parties do not think that a Settlement Conference in this case would be helpful at this stage;

**WHEREAS**, in light of the above, the Parties jointly propose the Settlement Conference scheduled for November 15, 2018, at 10 a.m. should be vacated.

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that the Settlement Conference scheduled for November 15, 2018, at 10 a.m. before The Honorable Sheila K. Oberto should be vacated.

Dated:  October 25, 2018                    THE LAW OFFICE OF THOMAS C. SEABAUGH

                                            */s/ Thomas C. Seabaugh*
                                        By:_____
                                            Thomas C. Seabaugh,
                                            Attorneys for Plaintiffs

Dated:  October 25, 2018                    ALDERLAW PC

                                            */s/ Neil Gehlawat*
                                        By:_____
                                            Neil Gehlawat,
                                            Attorneys for Plaintiffs

Dated:  October 25, 2018                    MARDEROSIAN  & COHEN

                                            */s/ Michael G. Marderosian*
                                        By:_____
                                            Michael G. Marderosian,
                                            Attorneys for Defendants
                                            above-named.

**~~PROPOSED~~ ORDER**

Having read the Parties' Stipulation to Vacate Settlement Conference and good cause appearing therefor, IT IS SO ORDERED that the Settlement Conference on November 15, 2018, at 10 a.m. before the Honorable Sheila K. Oberto is hereby vacated.

IT IS SO ORDERED.

Dated:   __October 25, 2018__                     _____ **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE