Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, OFFICER DANNI MELENDEZ, OFFICER SANTOS LUEVANO, OFFICER NATHAN POTEETE, and OFFICER RYAN CLARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GRISMORE, an individual; XAVIER HINES, an individual,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF BAKERSFIELD, a municipality; OFFICER MELENDEZ, an individual; OFFICER LUEVANO, an individual; OFFICER POTEETE, an individual; OFFICER CLARK, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:17-CV-00413-JLT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>(Doc. 97) |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: July 22, 2019.                    MARDEROSIAN & COHEN

1

By: */s/ Michael G. Marderosian*
Michael G. Marderosian,
Attorneys for Defendants
above-named.

Dated: July 22, 2019          ALDERLAW PC

By: */s/ Neil Gehlawat*
Neil Gehlawat,
Attorneys for Plaintiffs
above-named.

Dated: July 22, 2019          LAW OFFICE OF THOMAS C. SEABAUGH

By: */s/ Thomas C. Seabaugh*
Thomas C. Seabaugh,
Attorneys for Plaintiffs
above-named.

## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice and each party is to bear its own attorneys' fees and costs.

Dated: _____ July 23, 2019.          _____
JUDGE OF THE UNITED STATES DISTRICT
COURT/EASTERN DISTRICT OF CALIFORNIA